*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided December 5, 2000

## STATE OF CONNECTICUT *v.* GLENN STEWART*

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 60 Conn. App. 301 (AC 18813), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that, under the facts of this case, the trial court's failure to give a 'no unfavorable inference' instruction was plain error requiring reversal of the conviction?

"2. Is the failure to include such an instruction subject to harmless error analysis?"

It is further ordered that the trial court articulate the facts concerning discussions, if any, among the state's attorney, defense counsel and the court during a charging conference, relative to the court's giving a "no unfavorable inference" instruction to the jury in this matter.

The Supreme Court docket number is SC 16436.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in support of the petition.

*Richard E. Condon, Jr.*, special deputy assistant public defender, in opposition.

Decided December 5, 2000

---

* In light of the trial court's articulation of its reasons for not having given the "no unfavorable inference" instruction, the Supreme Court, on January 25, 2001, remanded the matter to the Appellate Court for reconsideration of whether the failure to give the instruction, under the circumstances of this case, was plain error requiring reversal of the conviction.